[No. 26519-2-II. Division Two. April 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. J.K., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-8-00177-6, James B. Sawyer II, J., entered September 19, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 26555-9-II. Division Two. April 26, 2002.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. NATIONAL SECURITY CONSULTANTS, INC. *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-13233-2, Brian M. Tollefson, J., entered September 20, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ. Now published at 112 Wn. App. 34.

[No. 26706-3-II. Division Two. April 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TIFFANY MARIJ WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-02109-6, John F. Nichols, J., entered December 4, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 26910-4-II. Division Two. April 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN RAY GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-01444-2, Daniel J. Berschauer, J., entered December 20, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Armstrong, J.